Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Maria Dolores Sanchez
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Jucia Services LLC
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT TO REQUIRE PERFORMANCE OF A CONTRACT TO CONVEY REAL PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Juca Services LLC
Street Address: 6710 W. Expressway 83 Suite 286
City and County: Harlingen, Cameron
State and Zip Code: Texas 78552
Telephone Number: 956-594-0701
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

Defendant No. 1
- Name: Good Leap
- Job or Title (if known):
- Street Address: PO Box 4387
- City and County:
- State and Zip Code: Portland OR 97208
- Telephone Number: 1800-345-9372
- E-mail Address (if known):

Defendant No. 2
- Name: Juca Services LLC
- Job or Title (if known):
- Street Address: 441 Colorado Dr
- City and County: San Benito
- State and Zip Code: Texas 78586
- Telephone Number: 956-594-0701
- E-mail Address (if known):

Defendant No. 3
- Name: Armann Cabrera
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: 608-931-7568
- E-mail Address (if known): cabreraarmann444@yahoo.com

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. **The Plaintiff(s)**

1. If the plaintiff is an individual

    The plaintiff, (name) Maria Dolores Sanchez, is a citizen of the State of (name) Texas.

2. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

B. **The Defendant(s)**

1. If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation

    The defendant, (name) Juan Cabrera Armann Cabrera, is incorporated under the laws of the State of (name) Texas, and has its principal place of business in the State of (name) San Benito Texas. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) San Benito.

    (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

C. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

80,000.00 Accumulated Interest on Loan from Good Leap.

III. **Statement of Claim**

A. Describe the real property owned by the defendant(s) that is the subject of this complaint. Include the address or location of the property.

420 S. 20 1/2 St McAllen Tx, 78501

B. Describe the terms of the contract you entered into with the defendant(s) to purchase the real property at issue. Attach the contract as an exhibit.

1. When did you enter into the contract with the defendant(s)?

March 10, 2023

2. What is the purchase price you agreed to pay?

50,000.00

3. Describe your obligations under the contract. Include any terms regarding required deposits.

make monthly payments on the loan to Good Leap.

4. Describe the defendant(s)' obligations under the contract, including the obligation to convey the real property at issue.

Once money was Paid to Juca Services LLC they would begin remodeling the Property inside and out.

Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

    C.    Describe when and how you complied with, or attempted to comply with, all of your obligations under the contract, including payment of the purchase price. If you have not complied with all of your obligations under the contract, explain how you are ready and able to comply with those obligations.

Applied for loan and was approved and money went to Juca Services LLC to begin repairs

    D.    Describe when and how you requested that the defendant(s) convey the real property at issue and when and how the defendant(s) refused to do so. Attach copies of any correspondence with the defendant(s).

Once money was paid to Juca Services LLC they began with the roof but did partial of the service. They bought material necessary for repairs but did not hear from them again to finish what they were paid to do.

## IV. Relief

What is your requested form of relief? *(check all that apply)*

☐ Specific performance of the contract. *(Explain why specific performance is the only adequate remedy and why damages would not suffice.)*

☑ Damages sustained as a result of the defendant(s)' refusal to comply with the contract. *(Describe the damages you are requesting.)*

Accumulated Interest on Loan. Home now has a Lien. They kept most of the money and now I'm responsible for paying back a →

☐ If specific performance cannot be granted, damages in the amount of $ 1,000,000.
*(Describe the damages you are requesting.)*

☐ Other relief.

Roof still needs repairs
Kitchen cabinets needs fixing
Front porch is still the same as before needs repair.
Windows need to be replaced as it was part of the contract. Bathroom needs remodeling as well.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-20-23

Signature of Plaintiff: Maria D Sanchez
Printed Name of Plaintiff: Maria D Sanchez

### B. For Attorneys

Date of signing: _____

Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |