United States District Court
Southern District of Texas
**ENTERED**
March 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA DOLORES SANCHEZ, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 7:23-CV-00352 |
| JUCA SERVICES, LLC, *et al.*, | | |
| Defendants. | | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

For the reasons stated on the record at the March 5, 2024 initial pretrial conference, the Court hereby **ORDERS** that this case is **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

SO ORDERED March 5, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge

1 / 1